UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

RICCARDO GREEN,

Plaintiff,

vs.

FAIRMONT OLYMPIC HOTEL, TERRY TANNER, EUGENIO PIRRI, LEAN TANSEY, RON HULL, MADELINE OTIS, SHELLY CAIRNS, and other determined,

Defendants.

No. 06-CV-1231L

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**CLERK'S ACTION REQUIRED**

## I.     STIPULATION

The parties hereto, Defendants through their counsel of record, hereby stipulate to the dismissal of this action, with prejudice, with each party to bear their own costs and attorney's fees.

DAVIS, GRIMM PAYNE & MARRA          PLAINTIFF RICCARDO GREEN

By _/s/_____          _/s/_____
     PAUL M. NORDSLETTEN, WSBA #21104          RICCARDO GREEN, Pro Se Plaintiff
     Attorneys for LHCS Hotel Holding          Dated: January 9, 2006
     (2002) LLC d/b/a Fairmont Olympic
     Hotel and Eugenio Pirri
     Dated: January 9, 2006

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
(206) 447-0182

## II. ORDER OF DISMISSAL

WHEREAS the parties, Defendants through their counsel of record, have entered into the above stipulation, and good cause being shown therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice, each party to bear its own costs and attorney's fees.

DATED this _____ day of January, 2007.

_____
HONORABLE RICHARD LASNICK
U.S. DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL  - 2
Case No. 06-CV-1231L

## CERTIFICATE OF SERVICE

This will certify that on January 10, 2006 the foregoing *Stipulation and Order of Dismissal* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, via electronic mail, to:

> Riccardo Green
> Riccardogreencases@yahoo.com
> PO Box 45181
> Seattle, WA  98145

.

/s/ Paul M. Nordsletten
Paul M. Nordsletten, WSBA #21104
Attorney for LHCS Hotel Holding (2002) LLC
d/b/a Fairmont Olympic Hotel, and Eugenio Pirri
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
Telephone:  206-447-0182
Fax:  206-622-9927
Email:  wtgrimm@davisgrimmpayne.com

STIPULATION AND ORDER OF DISMISSAL  - 3
Case No. 06-CV-1231L

**DAVIS GRIMM PAYNE & MARRA**
701 Fifth Avenue, Suite 4040
Seattle, WA  98104
(206) 447-0182